UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
FIFTH THIRD BANK, N.A.,           )
                                  )
         Plaintiff                )
                                  )   No. 3:10-0564
v.                                )   Judge Nixon/Brown
                                  )
THE AMENDED AND RESTATED          )
SHREIBMAN REVOCABLE TRUST,        )
et al.,                           )
                                  )
         Defendants               )
```

### O R D E R

The Magistrate Judge has recently reviewed the complaint in this matter. The Plaintiff's counsel's attention is called to Local Rule 7.03(a) which provides that all exhibits to pleadings shall be paginated progressively, beginning with the principal document and continuing through the last page of the document, including exhibits. In this case the complaint with attached exhibits is some 322 pages. It will be an Easter egg hunt to find a particular page in this morass of documents. All counsel in this matter are cautioned to comply fully with Local Rule 7.03 in the future.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge