# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FIFTH THIRD BANK, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No. 3:10-cv-00564 ) |
| THE AMENDED AND RESTATED SHREIBMAN REVOCABLE TRUST, AMNON SHREIBMAN, and RUTH SHREIBMAN, | ) ) ) ) ) |
|     Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Fifth Third Bank, by and through its counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above referenced action against the Defendants.

Dated July 20, 2010

*So ordered.*
[signature]

Respectfully submitted:

WALLER LANSDEN DORTCH & DAVIS, LLP

By:    /s/ Eric B. Schultenover
David E. Lemke (#013586)
Eric B. Schultenover (#020981)
Daniel W. Flournoy (#026304)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Ph: 615-244-6380
Fx: 615-244-6804
David.Lemke@wallerlaw.com
Eric.Schultenover@wallerlaw.com
Daniel.Flournoy@wallerlaw.com

*Attorneys for Plaintiff Fifth Third Bank*